UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENDING RIGHTS & DISSENT,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GEOSPATIAL-<br>INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Civil Action No. 22-1194 (APM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear its own costs and fees.

Dated:  November 2, 2023                                          Respectfully submitted,

/s/ Stephen Stich Match                           MATTHEW M. GRAVES, D.C. Bar. #481052
Matthew Topic, IL0037                              United States Attorney
Josh Loevy, IL0105
Stephen Stich Match, MA0044               BRIAN P. HUDAK
LOEVY & LOEVY                                          Chief, Civil Division
311 North Aberdeen, 3rd Floor
Chicago, IL 60607                                         /s/ Kaitlin K. Eckrote
312-243-5900                                                KAITLIN K. ECKROTE
foia@loevy.com                                           DC Bar #1670899
                                                                       Assistant United States Attorney
*Attorneys for Plaintiffs*                            601 D Street, N.W.
                                                                       Washington, D.C. 20530
                                                                       Phone: (202) 252-2485
                                                                       Kaitlin.Eckrote@usdoj.gov

                                                                       *Attorneys for the United States of America*